UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM S. SHANAHAN and
ANTARES, LLC,

Plaintiff(s)

MISC 05-0093-ML

v. MAURICE VALLAT, JAMES COLLINS-TAYLOR, LOUIS BOWEN, ACL NOMINEES LTD., ACL HOLDINGS LIMITED and ACL ASIA LIMITED,

Defendant(s)

C.A. No. 03 CV 3496 (MBM)

SOUTHERN DISTRICT OF NEW YORK

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant ____ WILLIAM S. SHANAHAN and ANTARES, LLC, ______ hereby moves that STEVEN I. LOCKE _be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ____________ counsel specializes:
- PLAINTIFF'S counsel's long-standing representation of the client: __ WILLIAM S. SHANAHAN ________
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically : ______________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to __ PLAINTIFF'S __ counsel, as follows:_ NEW YORK and HONG KONG ________.
- It is a criminal case, and________________ counsel is defendant's counsel of choice.
- Other:. THIS IS A MISCELLANEOUS ACTION CONCERNING A MOTION TO QUASH A NON-PARTY SUBPOENA FOR A LITIGATION PENDING IN THE SOUTHERN DISTRICT OF NEW YORK WHERE STEVEN I. LOCKE IS LEAD COUNSEL

DATED: 8/17/05

CARABBA LOCKE LLP

By: ______________
Steven I. Locke

100 William Street, Suite 310
New York, New York 10038
(212) 430-6400

Attorneys for Plaintiffs

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of NEW YORK AND ILLINOIS and of the following Federal District Court and/or Court of Appeals Bar(s) SDNY, EDNY, ND Ill, 2nd CIRCUIT, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| STEVEN I. LOCKE | Thomas J. Cronin |
| Name | Local Associate Counsel |
| | 5302 |
| | R.I. Bar ID # |
| CARABBA LOCKE LLP | Gunning + LaFazia |
| Firm Name | Firm Name |
| 100 WILLIAM STREET, SUITE 310<br>NEW YORK, NEW YORK 10038 | 56 Pine Street<br>Providence RI 02903 |
| Business Address | Business Address |
| 212-430-6400 (Tel. #)   212-430-6405 (Fax #) | 401-521-7977 (Tel. #)   401-521-6901 (Fax #) |

---

**Order :** This motion is hereby __________________.

____________________
U.S. District Judge
Date: __________________

pro hac vice motion (rev.3/05)