**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM S. SHANAHAN and ANTARES, LLC, Plaintiffs, | MC 05-93ML |
| v. | C.A. No. 03-4458 |
| MAURICE VALLAT, JAMES COLLINS-TAYLOR, LOUIS BOWEN, ACL NOMINEES LTD., ACL HOLDINGS LIMITED and ACL ASIA LIMITED, Defendant. | 03 CIV 3496 (MBM) Case pending in the United States District Court, Southern District of New York |

**MOTION FOR ENTRY**
**OF APPEARANCE *PRO HAC VICE***

Montrose International Holdings Limited (BVI) ("Montrose Holdings") hereby moves for an order admitting Christopher P. Johnson *pro hac vice* as associate trial counsel in the above case with local associate counsel identified below, on the following ground:

- *Pro hac vice* counsel is located in New York, New York, where the underlying action is pending, and was retained to represent Montrose Holdings in the context of that proceeding. The case requires proceedings in this District only for the limited purpose of quashing a subpoena purportedly served on Montrose Holdings in Rhode Island.

Mr. Johnson's Certification for *Pro Hac Vice* Admission is attached as Exhibit 1.

Dated: Providence, Rhode Island
August 31, 2005

Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4604

**ORDER:** This motion is hereby ____________________.

____________________
U.S. District Judge

Date: ________________

**CERTIFICATE OF SERVICE**

I hereby certify that I am over 18 years of age and not a party to this action. On August 31, 2005, I caused to be served the foregoing Motion For Entry Of Appearance *Pro Hac Vice* by regular mail upon Steven I. Locke, Carabba Locke LLP, 100 William Street, Suite 310, New York, NY 10038, Thomas J. Cronin, Gunning & LaFazia, 56 Pine Street, Providence, Rhode Island 02903, Richard Nadeau, Nadeau & Simmons, PC, 56 Pine Street, Providence, Rhode Island 02903.

______________________________

**<u>CHRISTOPHER P. JOHNSON'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION</u>**

(1) I, Christopher P. Johnson, certify that I am a member in good standing of the bars of the State of New York, the United States District Courts for the Southern, Eastern and Northern Districts of New York, the Western District of Michigan, and the District of Colorado; the United States Court of International Trade; the United States Tax Court; the United States Courts of Appeals for the First, Second, Third, Sixth, Tenth and Federal Circuits; and the United States Supreme Court, without any restriction on my eligibility to practice. I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Christopher P. Johnson
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Tel: 212-506-1700
Fax: 212-506-1800

DATED: 8/30/05

Geoffrey W. Millsom (#6483)
Local Associate Counsel
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

DATED: 8.31.05