**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: MC05-93ML** **DATE: September 6, 2005**

**TITLE: William Shanahan, et al. v. Maurice Vallat, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Geoffrey Millsom, Esq.
Christopher Johnson, Esq.
Steven Locke, Esq.
Tom Cronin, Esq.

**PROCEEDING:** Motion of Montrose International Holdings Limited to Quash the Subpoena directed towards it by William S. Shanahan and Antares, LLC

Attorneys argue.

**RULING:** Court grants pending motions for pro hac vice.
Court takes Motion to Quash under advisement.
Order to follow.