FILED
AUG 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MC 05-93 ML

| | |
|---|---|
| WILLIAM S. SHANAHAN and ANTARES, LLC, Plaintiffs, v. MAURICE VALLAT, JAMES COLLINS-TAYLOR, LOUIS BOWEN, ACL NOMINEES LTD., ACL HOLDINGS LIMITED and ACL ASIA LIMITED, Defendant. | C.A. No. 03-4458<br>03 CIV 3496 (MBM) Case pending in the United States District Court, Southern District of New York |

**MOTION FOR ENTRY**
**OF APPEARANCE *PRO HAC VICE***

Montrose International Holdings Limited (BVI) ("Montrose Holdings") hereby moves for an order admitting Christopher P. Johnson *pro hac vice* as associate trial counsel in the above case with local associate counsel identified below, on the following ground:

- *Pro hac vice* counsel is located in New York, New York, where the underlying action is pending, and was retained to represent Montrose Holdings in the context of that proceeding. The case requires proceedings in this District only for the limited purpose of quashing a subpoena purportedly served on Montrose Holdings in Rhode Island.

Mr. Johnson's Certification for *Pro Hac Vice* Admission is attached as Exhibit 1.

Dated: Providence, Rhode Island
August 31, 2005

Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4604

Referred to USMJ. Almond
☐ for findings & recommendations
☒ for determination
☐
Mary M. Lisi, U.S. District Judge
Date: 9/8/05

9/12/05: GRANTED. [signature] USMJ