FILED
AUG 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM S. SHANAHAN and
ANTARES, LLC,

Plaintiff(s)

v. MAURICE VALLAT, JAMES COLLINS-TAYLOR, LOUIS BOWEN, ACL NOMINEES LTD., ACL HOLDINGS LIMITED and ACL ASIA LIMITED,

Defendant(s)

MISC 05-0093-ML

C.A. No. 03 CV 3496 (MBM)

SOUTHERN DISTRICT OF NEW YORK

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff/Defendant ____ WILLIAM S. SHANAHAN and ANTARES, LLC, _______ hereby moves that STEVEN I. LOCKE _be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which _____________ counsel specializes:
- PLAINTIFF'S counsel's long-standing representation of the client: __ WILLIAM S. SHANAHAN ____________
- The local trial bar lacks experience in the field of: ________________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which _______________ counsel is familiar, specifically : ________________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ___ PLAINTIFF'S ___ counsel, as follows:_ NEW YORK and HONG KONG ____________.
- It is a criminal case, and___________________ counsel is defendant's counsel of choice.
- Other:. THIS IS A MISCELLANEOUS ACTION CONCERNING A MOTION TO QUASH A NON-PARTY SUBPOENA FOR A LITIGATION PENDING IN THE SOUTHERN DISTRICT OF NEW YORK WHERE STEVEN I. LOCKE IS LEAD COUNSEL

GRANTED. [signature] USMJ 9/12/05

DATED: 8/17/05

Referred to U.S.M.J. [signature]
☐ for findings & recommendations
☐ for determination
☐ ________________
U.S. District Judge
9/8/05

CARABBA LOCKE LLP

By: [signature]
Steven I. Locke

100 William Street, Suite 310
New York, New York 10038
(212) 430-6400

Attorneys for Plaintiffs