UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM S. SHANAHAN and :
ANTARES, LLC, :
Plaintiffs :

VS : C.A. NO.: 05-0093-ML

MAURICE VALLAT, JAMES COLLINS- :
TAYLOR, LOUIS BOWEN, ACL :
NOMINEES LTD., ACL HOLDINGS :
LIMITED and ACL ASIA LIMITED, :
Defendants :

**NOTICE TO TAKE DEPOSITION**

TO:

Steven I. Locke, Esq.
Carabba Locke, LLP
100 William Street
Suite 310
New York, NY 10038

Richard Nadeau, Esq.
Nadeau & Simmons
56 Pine Street
7th Floor
Providence, RI 02903

Geoffrey W. Millsom, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903

Ridley M. Whitaker, Esq.
One Rockefeller Plaza
Suite 1520
New York, NY 10020

Christopher Johnson, Esq.
Benson, Torres & Friedman
1633 Broadway
New York, NY 10019

Mr. M. Maurice Vallat
127 bid
chemin des Courraouts
06330-Roquefortles Pins,
France

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

**NOTICE TO TAKE DEPOSITION**

Pursuant to Rule 30, R.C.P., the **Plaintiffs, William S. Shanahan and Antares, LLC,** will take the deposition of **Witness, David Henderson,** on oral examination, which examination will continue from day to day until completed,

the same to commence on **Thursday, October 27, 2005, at 10:00 a.m.,** at the Law Offices of Gunning & LaFazia, Inc., 56 Pine Street, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Thomas J. Cronin (#5302)
Attorney for Plaintiffs
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I mailed a copy of the within notice to the above-named attorneys and court reporter on this 13th day of September, 2005.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

WILLIAM S. SHANAHAN, ET AL

V.

MAURICE VALLAT, ET AL

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-0093-ML

TO: David Henderson, One Atlantic Avenue, Newport, RI

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Gunning & LaFazia, Inc. 56 Pine Street, 7th Floor Providence, RI 02903 | 10/27/05 at 10 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| (attorney for Plaintiffs) | 9/13/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Thomas J. Cronin (#5302), Gunning & LaFazia, Inc., 56 Pine Street, 7th Floor, Providence, RI 02903; (401) 521-7977

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.