UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM S. SHANAHAN and :
ANTARES, LLC, :
Plaintiffs :

VS : C.A. NO.: 05-0093-ML

MAURICE VALLAT, JAMES COLLINS-:
TAYLOR, LOUIS BOWEN, ACL :
NOMINEES LTD., ACL HOLDINGS :
LIMITED and ACL ASIA LIMITED, :
Defendants :

**RE-NOTICE TO TAKE DEPOSITION**

TO: Steven I. Locke, Esq.
Carabba Locke, LLP
100 William Street
Suite 310
New York, NY 10038

Richard Nadeau, Esq.
Nadeau & Simmons
56 Pine Street
7th Floor
Providence, RI 02903

Geoffrey W. Millsom, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903

Ridley M. Whitaker, Esq.
One Rockefeller Plaza
Suite 1520
New York, NY 10020

Christopher Johnson, Esq.
Benson, Torres & Friedman
1633 Broadway
New York, NY 10019

Mr. M. Maurice Vallat
127 bid
chemin des Courraouts
06330-Roquefortles Pins,
France

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

**NOTICE TO TAKE DEPOSITION**

Pursuant to Rule 30, R.C.P., the **Plaintiffs, William S. Shanahan and Antares, LLC,** will take the deposition of **Witness, David Henderson,** on oral examination, which examination will continue from day to day until completed,

the same to commence on **Monday, November 28, 2005, at 10:00 a.m.,** at the Law Offices of Gunning & LaFazia, Inc., 56 Pine Street, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Thomas J. Cronin (#5302)
Attorney for Plaintiffs
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I mailed a copy of the within notice to the above-named attorneys and court reporter on this 2nd day of ~~October,~~ November 2005.